UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM D. REINHARDT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, and THOMAS E. LONG,<br><br>Defendants. | Case No. 3:19-cv-2771 |

## [~~PROPOSED~~] AGREED ORDER

Based on the foregoing stipulation of the parties, **IT IS HEREBY ORDERED** that Defendants shall have no obligation to answer or otherwise respond until a time that is agreed to by Defendants and lead plaintiff, and approved by the Court, after a lead plaintiff and lead counsel are appointed pursuant to the Private Securities Litigation Reform Act.

SO ORDERED this 22 day of Dec, 2019.

_____
United States District Court Judge