UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIAM D. REINHARDT, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY TRANSFER LP, KELCY L. WARREN, JOHN W. MCREYNOLDS, and THOMAS E. LONG,<br><br>Defendants. | Case No.  3:19-cv-02771-B |

**NOTICE OF VOLUNTARY DISMISSAL**

WHEREAS, no defendant in the above-captioned action *Reinhardt v. Energy Transfer LP et al.*, No. 3:19-cv-02771-B, brought before the United States District Court for the Northern District of Texas, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff William D. Reinhardt hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  January 15, 2020                                  Respectfully submitted,

*/s/ Willie C. Briscoe*
WILLIE C. BRISCOE
State Bar Number 24001788
**THE BRISCOE LAW FIRM, PLLC**
12700 Park Central Drive, Suite 520
Dallas, TX 75251
Telephone: 972-521-6868
Facsimile: 281-254-7789
wbriscoe@thebriscoelawfirm.com
***Counsel for Plaintiff***

1